# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, THE DISTRICT OF COLUMBIA, THE STATES OF FLORIDA, CALIFORNIA, COLORADO, GEORGIA, INDIANA, LOUISIANA, NEVADA, OKLAHOMA, TENNESSEE, TEXAS and VIRGINIA, ex rel. KELLY OXENDINE,  )  )  )  )  )  )  )  ) | Civil Action No.: 2:l3-cv-3042-PMD |
| Plaintiff(s)/Relator, ) | |
| v.  ) | |
| HCA HOLDINGS, INC. f/d/b/a HCA, INC. f/d/b/a HCA - HOSPITAL CORPORATION OF AMERICA f/d/b/a HOSPITAL CORPORATION OF AMERICA, and PARALLON BUSINESS SOLUTIONS, LLC.  )  )  )  )  )  ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL OF ALL CLAIMS
## BROUGHT ON BEHALF OF THE UNITED STATES

The United States intervened in this action for settlement purposes against all the defendants and requested the seal be lifted. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States and Relators filed a stipulation of dismissal as to all claims against the Defendants. Upon due consideration of the Notice of Intervention and Stipulation and the papers on file in this action,

**IT IS HEREBY ORDERED** that:

    a.    The United States' and Florida's claims against the Defendants described as Covered Conduct, pursuant to and consistent with the terms and conditions of their settlement agreement are dismissed with prejudice;

      b.      The remaining claims are dismissed without predjucice as to the United States and the states;

      c.      All claims of the Relators pursuant to and consistent with the terms and conditions of the Settlement Agreements are dismissed with prejudice;

**IT IS FUTHER ORDERED** that all papers on file in this action including this order be unsealed.

**IT IS SO ORDERED**,

*[signature]*
PATRICK MICHAEL DUFFY
United States District Judge

November 16, 2015

Charleston, South Carolina

2